407 A.2d 1306

**Warren P. PHELAN, Appellant,**

v.

**PENNSYLVANIA LIQUOR CONTROL BOARD, Appellee.**

Supreme Court of Pennsylvania.

Nov. 26, 1979.

Walter T. Darmopray, Philadelphia, Phila. Co., for appellant.

Harry Bowytz, J. Leonard Langan, Harrisburg, Dauphin Co., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

### OPINION

PER CURIAM:

The petition for allowance of appeal having been improvidently granted, the appeal is dismissed.

MANDERINO, J., did not participate in this decision.